IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

| | |
|---|---|
| LEWIS E. STOTESBURY and MARCELLUS R. TYLER, Jr., <br><br>Plaintiffs, <br><br>vs. <br><br>PIRATE DUCK ADVENTURE, LLC, a Virgin Islands limited liability company, and MICHAEL BAIRD, <br><br>Defendants. <br><br>AMBROSE, Senior District Judge | No. 3:11-cv-00018 |

### ORDER OF COURT

AND NOW, this 24th day of June, 2013, after careful consideration of the submissions of the parties and for the reasons set forth in the Opinion accompanying this Order, it is ordered that Defendants' Motion for Summary Judgment (Docket No. 129) is denied. A telephonic pretrial conference is scheduled for July 1, 2013, at 11:30 a.m. before the undersigned. Plaintiffs' counsel shall initiate the call and shall call the Court at 412-208-7350 once participants for all parties are on the line. Counsel shall have settlement authority, and the parties also shall be available by telephone.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
Senior U.S. District Judge